**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )  Case No. 18-2846 |
| | ) |
| U.S. DEPARTMENT OF JUSTICE ET AL., | )  **MOTION FOR ADMISSION, *PRO*** |
| | )  ***HAC VICE*, OF JOHN ILARDO** |
| | )  **AS ADDITIONAL COUNSEL FOR** |
| | )  **PLAINTIFF** |
| | ) |
| *Defendants.* | ) |
| | ) |

Plaintiff American Oversight, by and through its undersigned counsel, Joseph F. Yenouskas,  an active member of the United States District Court for the District of Columbia, hereby moves  pursuant to Local Civil Rule 83.2(d), for the *pro hac vice* admission of John Ilardo, in the above-captioned case.  John Ilardo is a member in good standing of the State Bar of Massachusetts. He is employed as an attorney with Goodwin Procter LLP located at 100 Northern Avenue, Boston, MA 02210.  In support of this Motion, Mr. Ilardo's declaration is filed herewith.

Dated:  December 4, 2018

Respectfully submitted,

*/s/ Joseph F. Yenouskas*
Joseph F. Yenouskas (D.C. Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4143
JYenouskas@goodwinlaw.com