**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE ET AL., )<br>)<br>*Defendants*. )<br>) | Case No. 18-2846<br><br>**DECLARATION OF JOHN ILARDO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, John M. Ilardo, declare:

1. I make this Application under Local Rule 83.2(d) to appear in this case *pro hac vice* on behalf of Plaintiff American Oversight. I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is John Matthew Ilardo.

3. I am an associate with the law firm Goodwin Procter LLP, located at:

   100 Northern Avenue

   Boston, MA 02210

   (617) 570 1523

4. I am an attorney in good standing and currently eligible and licensed to practice in the state of Massachusetts.

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

2

7.    I do not currently have an application for membership pending before the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 4, 2018

Respectfully submitted,

*/s/ John M. Ilardo*
John M. Ilardo
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570 1523
JIlardo@goodwinlaw.com