# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE ET AL.,<br><br>        *Defendants*. | Case No. 18-2486<br><br>**MOTION FOR ADMISSION,** *PRO HAC VICE***, OF STEPHEN L. TAEUSCH AS ADDITIONAL COUNSEL FOR PLAINTIFF** |

Plaintiff American Oversight, by and through its undersigned counsel, Joseph F. Yenouskas, an active member of the United States District Court for the District of Columbia, hereby moves pursuant to Local Civil Rule 83.2(d), for the *pro hac vice* admission of Stephen L. Taeusch, in the above-captioned case. Stephen L. Taeusch is a member in good standing of the State Bar of California, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Northern District of California, U.S. District Court for the Eastern District of California, and U.S. District Court for the Central District of California. He is employed as an attorney with Goodwin Procter LLP located at 3 Embarcadero Center, San Francisco, CA 94111. In support of this Motion, Mr. Taeusch's declaration is filed herewith.

Dated: December 4, 2018

                     Respectfully submitted,

                     */s/ Joseph F. Yenouskas*
                     Joseph F. Yenouskas (D.C. Bar No. 414539)
                     GOODWIN PROCTER LLP
                     901 New York Avenue, NW
                     Washington, DC 20001
                     (202) 346-4143
                     JYenouskas@goodwinlaw.com