# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, | |
| *Plaintiff*, | |
| v. | Case No. 18-2846 |
| U.S. DEPARTMENT OF JUSTICE ET AL. | **DECLARATION OF STEPHEN L. TAEUSCH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |
| *Defendants*. | |

I, Stephen L. Taeusch, declare:

1. I make this Application under Local Rule 83.2(d) to appear in this case *pro hac vice* on behalf of Plaintiff American Oversight. I have personal knowledge of the facts set forth herein and, if called upon to testify about them, I could and would competently do so.

2. My full name is Stephen Luther Taeusch.

3. I am an associate with the law firm Goodwin Procter LLP, located at:

    3 Embarcadero Center

    San Francisco, CA 94111

    (415) 733-6180

4. I am an attorney in good standing and currently eligible and licensed to practice in the state of California, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the Northern District of California, U.S. District Court for the Eastern District of California, and U.S. District Court for the Central District of California.

5. I am not currently, and have never been, disciplined, suspended, or disbarred by any court.

2

6. I have not been admitted *pro hac vice* before this Court at any time in the past two years.

7. I do not currently have an application for membership pending before the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 4, 2018                             Respectfully submitted,

*/s/ <u>Stephen L. Taeusch</u>*
Stephen L. Taeusch
GOODWIN PROCTER LLP
3 Embarcadero Center
San Francisco, CA 94111
(415) 733 6180
STaeusch@goodwinlaw.com
