UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 18-2846 (CRC) |

### JOINT STATUS REPORT

Plaintiff American Oversight ("Plaintiff") and Defendants U.S. Department of Justice ("DOJ"), the U.S. Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Citizenship and Immigration Services ("USCIS") (collectively, the "Parties") submit this Joint Status Report updating the Court regarding the processing of Plaintiff's FOIA request and proposing further proceedings.

On December 4, 2018, Plaintiff initiated the above-captioned litigation under the FOIA, 5 U.S.C. § 552, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA. *See* Compl., ECF No. 1. The FOIA requests at issue in this case—"the DOJ Keywords FOIA," "the DHS Keywords FOIA," and "the Jeff Sessions FOIA"—were submitted on June 20, 2018. Defendants filed their Answer on February 28, 2019. *See* Answer, ECF No. 12.

In the more recent Minute Order from the Court on August 12, 2020, the Parties were instructed to report on agreed-upon timetables for (a) the remaining search and processing of records responsive to the Jeff Sessions FOIA and (b) the processing of the outstanding records

responsive to the DHS Keywords FOIA, including the completion of any interagency consultation. *See* Minute Order, August 12, 2020.

## DOJ Keywords FOIA

As advised in previous joint status reports, DOJ continues to provide monthly responses to Plaintiff consistent with the Court's April 2, 2020 Order. Since the parties' last Joint Status Report, by letters dated August 31, 2020 and September 30, 2020, DOJ advised Plaintiff that it had processed an additional 1,303 pages and 1,427 pages of potentially responsive material, respectively; that the material initially found to be responsive was sent out on consultation; and that it would respond to Plaintiff after the consultation process was complete. In those letters, DOJ additionally advised that the consultation process to which it referred in the May 31, 2020, June 30, 2020, and July 31, 2020 letters was still ongoing, and that it would respond again once the consultation process as to those materials was complete. DOJ anticipates that it will complete processing of potentially responsive material by October 31, 2020. Thereafter, DOJ will work with equity holders to complete the consultation process as to those materials for which production is outstanding.

## DHS Keywords FOIA

As advised in previous joint status reports, DHS, CBP, ICE and USCIS found responsive records to this request.

CBP continues to process responsive documents with respect to the DHS Keywords FOIA at a rate of 350 pages per month, pursuant to the Court's February 6, 2020 Minute Order. CBP has reviewed 85,264 responsive e-mail pages, and estimates that it has 5 more months of productions until completion.

ICE made its twelfth and thirteenth productions on September 14, 2020 and October 7, 2020. ICE expects to continue to make monthly productions by the end of each month until making its final production at the end of November 2020.

USCIS has been processing 500 pages a month, and made its sixteenth production on September 15, 2020. USCIS expects to continue to make monthly productions by the end of each month. Due to the volume of records remaining to be processed in this case, USCIS will increase processing to 1,000 pages monthly starting in November 2020, with a projected completion date in April 2022.

DHS completed productions on January 16, 2020 and the only records outstanding for DHS are four separate consults that are still pending review. DHS estimates that these consultations will be completed by December 15, 2020.

### Jeff Sessions FOIA

The Jeff Sessions FOIA, which was submitted to CBP on June 20, 2018, sought access to the following records:

1. Any guidance or memoranda about Attorney General Sessions's immigration enforcement memoranda in April 2017 and April 2018 that were sent to (a) ICE, CBP, or Border Patrol leadership; (b) supervisors of field officers; (c) the National ICE Council; or (d) the National Border Patrol Council.

2. Any email chains to which any guidance or memoranda responsive to Item 1 are attached.

Plaintiff requested all responsive records from March 11, 2017, through the date of the search and indicated that the CBP may limit its search to specified custodians.

Regarding the first part of the request, CBP has processed 20,107 responsive documents. Regarding the second part of the request, as stated in the last joint status report, CBP ran a narrowed search for the three (3) agreed-upon custodians, plus an additional custodian suggested by CBP.

3

The searches were completed on October 2, 2020, and 1,376 pages and 1 Excel spreadsheet of potentially responsive records were gathered by the CBP FOIA Office.  CBP will begin processing responsive documents at the rate of 500 pages per month on November 30, 2020, and, notwithstanding any unanticipated delays, will conclude in January 2021.

The parties propose filing a further joint status report on December 9, 2020.

Dated: October 9, 2020         Respectfully submitted,

/s/  Joseph F. Yenouskas
Joseph F. Yenouskas (D.C. Bar No. 414539)
GOODWIN PROCTER LLP
901 New York Avenue, NW Washington, DC 20001
(202) 346-4143JYenouskas@goodwinlaw.com

*Counsel for Plaintiff*


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/*Kristin D. Brudy-Everett*
KRISTIN D. BRUDY-EVERETT
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-2536
Kristin.Brudy-Everett@usdoj.gov

*Counsel for Defendants*